UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                          Chapter 11

Griffon Gansevoort Holdings LLC                              Case no.  23-11771 (PB)

                            Debtor.
-----------------------------------------------------------x

## NOTICE OF EFFECTIVE DATE OF CHAPTER 11 PLAN

      PLEASE TAKE NOTICE, that December 19, 2023 was the effective date of the Debtor's Chapter 11 plan of reorganization pursuant to the December 8, 2023 Order Approving Disclosure Statement and Confirming Debtor's Plan of Reorganization (dkt. no. 27).

Dated: New York, New York
       December 20, 2023

                                     BACKENROTH FRANKEL & KRINSKY, LLP
                                     Proposed Attorneys for the Debtor


                                   By: s/Mark A. Frankel
                                       488 Madison Avenue
                                       New York, New York  10022
                                       (212) 593-1100